1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   Jane L. Westby
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Email: Jane.Westby@usdoj.gov
6  Attorneys for Plaintiff

FILED

2025 APR -9 PM 5: 31

LER US DISTRICT COUT
DIS RICT OF ARIZONA

**CR25-01808 TUC-RM(MSA)**

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE DISTRICT OF ARIZONA

9

10  United States of America,

11

12                        Plaintiff.

13

14      vs.

15

16

17  James Neeley, Jr.,

18

19                        Defendant.

20

21

22

23

24

25

**I N D I C T M E N T**

Violations:

26 U.S.C. §§ 7206(2)

(Counts 1 – 16)

(Felony)

(Aid and Assist in the Preparation and
Presentation of False Income Tax Returns)

**(UNDER SEAL)**

26  **THE GRAND JURY CHARGES:**

27                    **INTRODUCTORY ALLEGATIONS**

28  At all relevant times to this Indictment:

1      1.      From on or about 2013, Defendant JAMES NEELEY. JR. ("NEELEY"), a

2   resident of Tucson, Arizona, was a paid federal individual income tax return ("tax return")

3   preparer.

4      2.      Defendant NEELEY attended online tax webinars that were offered through

5   the Volunteer Income Tax Assistance ("VITA") program managed by the Internal Revenue

6   Service ("IRS").

7      3.      Defendant NEELEY falsely told some of his clients that he had worked for

8   the IRS.

9      4.      Defendant NEELEY knowingly and willfully prepared and filed U.S.

10  Individual Income Tax Returns. Forms 1040, with the IRS on behalf of his clients that

11  contained, among other things. false Schedule C business profit and loss.

12     5.      Defendant NEELEY knowingly and willfully prepared and filed his clients'

13  tax returns with the false claims for the purpose of fraudulently reducing his clients'

14  taxable income resulting in his clients' receiving larger tax refunds than they were legally

15  due.

16     6.      Defendant NEELEY was paid approximately $80 to $100 per tax return filed.

17     7.      In tax year 2021. Defendant, through his company ZEROTOLEGENDS,

18  LLC, filed approximately 1,127 federal income tax returns.

19     8.      Defendant NEELEY knowingly and willfully made the false statements on

20  his clients' tax returns without his clients' knowledge or authorization.

21                          **COUNTS 1 - 16**
                            **Title 26 U.S.C. § 7206(2)**
22  **Aid and Assist in Preparation and Presentation of False Federal Income Tax Return**

23

24      The introductory allegations in paragraphs 1 through 8 above are re-alleged and

25  incorporated by reference as if fully set forth herein.

26      9.      On or about the dates set forth below, at or near Tucson, Arizona, in the

27  District of Arizona, and elsewhere, the Defendant, JAMES NEELY, JR.. did willfully aid

28  and assist in, and procure, counsel, and advise the preparation and presentation, to the

1  Internal Revenue Service, U.S. Individual Income Tax Returns, Forms 1040, either
2  individual or joint, for the taxpayers and calendar years hereinafter specified. The returns
3  were false and fraudulent as to material matters necessary to a determination of whether
4  income tax was owed, in that they represented that the taxpayers were entitled under the
5  provisions of the Internal Revenue laws to claim profit, loss, or deductions for items and in
6  amounts hereinafter specified, whereas, as the Defendant then and there knew, the taxpayers
7  were not entitled to claim profits, losses, or deductions in the claimed amounts, as further
8  set forth below.

9

| Count | Taxpayer Initials | Tax Year | Approximate Date Filed | False Item | Tax Loss |
|---|---|---|---|---|---|
| 1 | Y.A. and A.A. | 2020 | 2/17/2021 | Schedule C, line 31, Net Profit or (Loss) ($21,272) | $2,461 |
| 2 | Y.A. and A.A. | 2021 | 3/3/2022 | Schedule C, line 31, Net Profit or (Loss) ($22,500) | $2,697 |
| 3 | Y.A. and A.A. | 2022 | 3/10/2023 | Schedule C, line 31, Net Profit or (Loss) ($5,065) | $1,006 |
| 4 | Y.C. | 2022 | 2/1/2023 | Schedule C, line 31, Net Profit or (Loss) $24,460 | $16,386 |
| 5 | S.M. and I.C. | 2018 | 2/5/2019 | Schedule C, line 31, Net Profit or (Loss) ($29,630); Schedule A, line 1, Gross Medical and Dental Expenses ($34,825); Schedule A, line 11, Gifts by Cash or Check $1,575) | $6,792 |
| 6 | M.C. and J.D.-G. | 2020 | 3/12/2021 | Schedule C, line 31, Net Profit or (Loss) ($12,135) | $2,781 |

*United States of America v. James Neely, Jr.*
*Indictment Page 3 of 5*

| Count | Taxpayer Initials | Tax Year | Approximate Date Filed | False Item | Tax Loss |
|---|---|---|---|---|---|
| 7 | M.C. and J.D.-G. | 2021 | 3/14/2022 | Schedule C, line 31, Net Profit or (Loss) ($14,480) | $4,794 |
| 8 | S.M. and R.M., Jr. | 2020 | 3/20/2021 | Schedule C (S.M.), line 31, Net Profit or (Loss) ($17,220); Schedule C (R.M.), line 31, Net Profit or (Loss) ($840); | $4,042 |
| 9 | S.M. and R.M., Jr. | 2021 | 3/25/2022 | Schedule C, line 31, Net Profit or (Loss) ($15,718) | $5,548 |
| 10 | S.M. and R.M., Jr. | 2022 | 3/17/2023 | Schedule C, line 31, Net Profit or (Loss) ($11,203) | $6,939 |
| 11 | J.R. | 2020 | 2/13/2021 | Schedule C, line 31, Net Profit or (Loss) $1,666 | $11,151 |
| 12 | J.R. | 2021 | 2/12/2022 | Schedule C, line 31, Net Profit or (Loss) $10,528 | $13,149 |
| 13 | J.R. | 2022 | 2/10/2023 | Schedule C, line 31, Net Profit or (Loss) $14,715 | $13,080 |
| 14 | A.R. and A.R. | 2018 | 2/5/2019 | Schedule C, line 31, Net Profit or (Loss) ($37,520) | $5,999 |
| 15 | A.R. and A.R. | 2019 | 2/5/2020 | Schedule C, line 31, Net Profit or (Loss) ($28,180) | $6,209 |
| 16 | N.V. | 2018 | 3/5/2019 | Schedule C, line 31, Net Profit or (Loss) ($18,021) | $2,323 |
| Total Tax Loss | | | | | $105,357 |

1    All in violation of Title 26, United States Code, Section 7206(2).

2

3                                        A TRUE BILL

4

5                                        /s/
                                         FOREPERSON OF THE GRAND JURY
                                         Dated: 4/9/2025
6

7    TIMOTHY COURCHAINE
     United States Attorney
     District of Arizona                 REDACTED FOR
8                                        PUBLIC DISCLOSURE

9    /s/
     Jane L. Westby
10   Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States of America v. James Neely, Jr.*
*Indictment Page 5 of 5*